**CHRISTOPHER J. BOWES, ESQ.**
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2019
```

December 12, 2019

**MEMO ENDORSED**

Via ECF
Hon Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Castorina v. Saul
     19 Civ. 991 (AJN)(BCM)

Dear Judge Moses:

    As the attorney for the above plaintiff, I write to request an extension of time to serve and file plaintiff's Motion for Judgment on the Pleadings. This is plaintiff's third request for an extension.

    I am well behind schedule due to my father's death last Thursday after a long illness. I am trying to catch back up to speed this week but realize I am not able to complete these papers this week. With the kind consent of opposing counsel, AUSA Susan D. Baird, I respectfully request that the briefing schedule be revised as follows:

| | |
|---|---|
| December 19, 2019 | Plaintiff's Motion for Judgment on the Pleadings |
| February 18, 2020 | Defendant's Motion for Judgment on the Pleadings |
| March 10, 2020 | Plaintiff's Reply |
| March 31, 2020 | Defendant's Reply |

 Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

.

> Application GRANTED. No further extensions will be granted absent compelling circumstances. SO ORDERED.
>
> _[signature]_
> Barbara Moses, U.S.M.J.
> December 13, 2019