```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2019
```

# CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

December 20, 2019

Via ECF
Hon Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  Castorina v. Saul
19 Civ. 991 (AJN)(BCM)

Dear Judge Moses:

    As the attorney for the above plaintiff, I write to request a one-day extension of time to serve and file plaintiff's Motion for Judgment on the Pleadings. This is plaintiff's fourth request for an extension.

    I am very sorry to bother the Court with repeated requests for extensions of time. I have a backlog of work over the past week since my father's funeral last week and was a bit over ambitious about completing these papers by yesterday. With the kind consent of opposing counsel, AUSA Susan D. Baird, I respectfully request that the briefing schedule be revised as follows:

| | |
|---|---|
| December 20, 2019 | Plaintiff's Motion for Judgment on the Pleadings |
| March 1, 2020 | Defendant's Motion for Judgment on the Pleadings |
| March 10, 2020 | Plaintiff's Reply |
| March 31, 2020 | Defendant's Reply |

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

. cc: AUSA Susan D. Baird

---

Application GRANTED. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
December 20, 2019