

**U.S. Departm**

*United States ~~A~~*
*Southern Distr*

*86 Chambers Street, ~~...~~*
*New York, NY 10007*

February 27, 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2020

**MEMO ENDORSED**

<u>BY ECF</u>

Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Application GRANTED. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
February 27, 2020

Re: <u>Alfred Castorina v. Commissioner of Social Security</u>
19 Civ. 0991 (AJN) (BCM)

Dear Judge Moses:

The defendant's brief in the above-referenced Social Security case is due March 1, 2020. We write respectfully to request, with the consent of plaintiff's counsel, that remaining briefing schedule be adjourned for 30 days as follows: defendant's opposition to plaintiff's motion and cross-motion for judgment on the pleadings by April 1, 2020, and plaintiff's reply, if any, by April 22, 2020. The reason for this request is the difficulty in keeping up with the increasing number of Social Security disability cases filed in this district, including 97 cases on the docket of the undersigned. The defendant has not previously requested an adjournment in this case. We appreciate the Court's consideration of this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By: _____ s/ *Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc: Christopher J. Bowes, Esq.