```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/01/2020
```

CHRISTOPHER J. BOWES, ESQ.

54 Cobblestone Drive

Shoreham, NY 11786

Tel.          (212)          979-7575

Fax (631) 929-1700

cjbowes@gmail.com

April 30, 2020

Via ECF
Hon Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   Castorina v. Saul
      19 Civ. 991 (AJN)(BCM)

Dear Judge Moses:

    As the attorney for the above plaintiff, I write to request an extension of time to file plaintiff's Reply Memorandum of Law. Plaintiff's papers are due to be filed today.

    I seek additional time to complete plaintiff's Reply Memorandum on account of significant workload delays caused by COVID 19. The pace of my work has been significantly altered as I account for personal family needs and work-at-home schedules. With the kind consent of opposing counsel, I respectfully request permission to file plaintiff's Reply Memorandum by May 4, 2020.

    Thank you for Your Honor's attention to this matter.

Very truly yours,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

.

---

Application GRANTED. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
May 1, 2020