# CHRISTOPHER J. BOWES, ESQ.
## 54 Cobblestone Drive
### Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com



September 8, 2020

Via ECF
Hon Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Castorina v. Saul
      19 Civ. 991 (AJN)(BCM)

Dear Judge Nathan:

     As the attorney for the above plaintiff, I write to request an extension of time to file his Objections to the August 24, 2020 Report and Recommendation.  See Docket #30.  Plaintiff's Objections are due to be filed today.

     I seek a one-week extension of time, to September 15, 2020, to complete and file Mr. Castorina 's objections in this matter due to several other matters that have become due at the same time and my need for additional time to complete these objections by today's deadline. With the kind consent of opposing counsel, AUSA Susan D. Baird, I respectfully request that the time to file plaintiff's objections be extended to September 15, 2020.

     Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Christopher J. Bowes*
Christopher J. Bowes, Esq

.

cc: AUSA Susan D. Baird

9/9/20

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

> The Plaintiff's deadline to file objections to the August 24, 2020 Report & Recommendation is hereby extended to September 15, 2020.  The Defendant's response is due by September 22, 2020.
> SO ORDERED.