**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Alfred Castorina,

|                              Plaintiff, | 19 **CIVIL** 991 (AJN) (BCM) |

      -against-                                               **JUDGMENT**

Andrew M. Saul, Commissioner of Social
Security,
                                   Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**    That for the reasons

set forth in the Court's Opinion and Order dated November 18, 2020, the Court adopts the R & R

, GRANTS the Commissioner's motion, and DENIES Plaintiff's motion; accordingly, the case is

closed.

**Dated:**  New York, New York
         November 18, 2020


                           **RUBY J. KRAJICK**
                _____
                            **Clerk of Court**
      **BY:**
                            **Deputy Clerk**