UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kristine Castorina,

            Plaintiff,

–v–

Kilolo Kijakazi, Acting Commissioner of Social Security,

            Defendant.

19-cv-991 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    It is hereby ORDERED that this case is REMANDED to the Commissioner for further administrative proceedings, consistent with the Mandate issued by the Second Circuit Court of Appeals, dated August 21, 2023.

    SO ORDERED.

Dated: August 23, 2023
      New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge,
sitting by designation